No. 40840.—Protests 972659–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the marcel irons are similar to those the subject of Abstract 38680. The claim as household utensils at 40 percent under paragraph 339 was therefore sustained. Brass base shells stipulated to be similar to those the subject of Abstract 37615 were held dutiable at 35 percent under paragraph 353.